

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2015

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time File Reply Brief is GRANTED. The appellant's reply brief is due December 9, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court